Yeah the whole thing was wild! Were you near all the action?

Yes. From the very beginning

I was proper sprayed, tear gassed, had flash bangs thrown at me, and hit with batons for peacefully standing there

About 30 minutes after being sprayed. Safe to say I was the very first person to be sprayed that day... all while just standing there

EXHIBIT 1

PENGAD 800-631-6989

Oh shit that's crazy, ho[w] were

    

Your message

5:25
Andrew
EXHIBIT
2
PENGAD 800-631-6989





Andrew, 32
owner at Hi-Flow Houston
Houston Community College 2014

EXHIBIT
PENGAD 800-631-6989
S

EXHIBIT
9
PENGAD 800-631-6989

HQHQ-UW-5216209
UNCLASSIFIED
EOC Service Desk 202-324-1500
seditionhunters.org/mpd-macerinblack/
2021 SAC Flyer-SL...pdf
Show all
Type here to search

EXHIBIT
10
PENGAD 800-631-6989