





EXHIBIT

12







EXHIBIT

14



