FD-597 (Rev 8-11-94)                                                           Page _____ of _____

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 266T-HO-3405123

On (date) 7/23/2021

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☐ Seized

(Name) Andrew Taake
(Street Address) 4411 Averill St.
(City) Houston, TX 77009

Description of Item(s): Pistol SDP compact Kriss USA INC S/N B000899; 9-mm ammo (17 rounds); AR Style Pistol Aero precision S/N X0006508; .223 ammo 30 rounds; shot gun; shot gun shells; HP laptop S/N 8CG4754G4; Beanie; apple I-pad S/N F9V74LQGHKL; metal whip; clear eyewear; samsung cell phone S/N-355988080932442; 2-12 gauge shotgun shells; Bear spray; 3 AR mags w/ .556 ammo; CAT work boots; Bright colored shirt; Blue jeans w/ rips; ammo 9mm, 5.56/.225/ 12 gauge; Gas mask; Boxes of 556 ammo, Boxes 9mm ammo, Boxes of 12 gauge shotgun shells; boxes of 12 gauge; Bag of .223; Box of .223; Alcatel cellphone S/N FCCID-2ACCJA018; Black HTC cellphone IMEI 353452046462835; Gray hydration backpack; Green walkie talkie, 9mm loaded magazine

END

Received By: _____(Signature)_____      Received From: _____

EXHIBIT 21

