



7
GOVERNMENT
EXHIBIT
29
PENGAD 800-631-6989

3
EXHIBIT
30
PENGAD 800-631-6989

HOGUE
M
FBI
GOVERNMENT EXHIBIT
31
PENGAD 800-631-6989

