# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 4:21–mj–01612 *SEALED* |
| § | |
| Andrew Quentin Taake § | |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the **District of Columbia, Washington DC division, in 1:21–mj–534.**

**The defendant may need an interpreter for this language: none**.

The defendant requested court appointed counsel. Federal Public Defender appointed.

The defendant remains in custody after the initial appearance.

requesting court appointed

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: July 27, 2021

_____
Christina A. Bryan
United States Magistrate Judge

Government moved for detention and Defendant detained after a hearing in District of arrest.